**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

US BANK NATIONAL ASSOCIATION, AS : No. 869 MAL 2016
TRUSTEE OF JP MORTGAGE TRUST :
2006-A5, :
: Petition for Allowance of Appeal from
Respondent : the Order of the Superior Court
:
:
v. :
:
:
MARYANNE APPLEGATE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.